UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 11-01379 DMG (FFMx)** | Date | May 6, 2011 |
|---|---|---|---|

| Title | *Stephani McCann v. Wells Fargo Bank, N.A., et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On March 3, 2011, this Court granted Defendant's motion to dismiss Plaintiff's complaint with leave to amend, giving Plaintiff 15 days within which to file an amended complaint. Plaintiff failed to file an amended complaint by the March 18, 2011 due date.

Plaintiff is **ORDERED TO SHOW CAUSE** in writing no later than **May 20, 2011** why this action should not be dismissed for lack of prosecution. Plaintiff is advised that her failure to file a timely response to this Order shall be deemed her consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**