UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHANI McCANN<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank; REGIONAL TRUSTEE SERVICES CORPORATION; and DOES 1-25<br><br>Defendants. | CASE NO.: CV 11-1379-DMG (FFMx)<br><br>**JUDGMENT OF DISMISSAL** |

On July 14, 2011, this Court entered an Order dismissing this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. This Action is dismissed without prejudice;

2. Plaintiff Stephani McCann shall take nothing from defendants.

Dated: July 19, 2011

                                        /s/ Dolly M. Gee
                                        DOLLY M. GEE
                                        United States District Judge

95451/000624/00196743-1      2      CASE NO. 2:11-CV-01379- DMG-FFM
[PROPOSED] JUDGMENT OF DISMISSAL